# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | | |
|---|---|---|
| ADELINE GUDGER, | ) | CIVIL ACTION No.: 1:16-cv-3782-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | **CONSENT ORDER TO EXTEND** |
| v. | ) | **SETTLEMENT DEADLINE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 23, 2017, this Honorable Court entered an Order Dismissing the Case pursuant to <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978). The Court's order provided that the parties had sixty (60) days to consummate the settlement. The parties have been working diligently and in good faith towards completion of the resolution in this matter; however, both parties hereby request a sixty (60) day extension of the Court's order to consummate the settlement.

IT IS SO ORDERED.

_____
David C. Norton
United States District Judge

July 20, 2017
Columbia, South Carolina

1

2

| **PLAINTIFF(S)** | **DEFENDANT(S)** |
|---|---|
| PETERS, MURDAUGH, PARKER ELTZROTH & DETRICK, P.A. | BETH DRAKE<br>UNITED STATES ATTORNEY |
| By: s/Lee D. Cope_____<br>Lee D. Cope, Esq.<br>(Fed ID #7026)<br>101 Mulberry Street East<br>P.O. Box 457<br>Hampton, South Carolina 29924<br>(803) 943-2111<br>(803) 943-3943 (fax) | By ____s/Lee E. Berlinsky__<br>Lee E. Berlinsky Fed ID #05443<br>Assistant United States Attorney<br>151 Meeting Street, Suite 200<br>Charleston, South Carolina 29401<br>(843)266-1600 |